**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTT'S LLP dba KEURIG DR PEPPER,<br><br>                    Petitioner,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 896,<br><br>                    Respondent. | CASE NO.: 5:25-cv-00423-RGK-SPx<br><br>Assigned to Hon. R. Gary Klausner<br><br>[PROPOSED] JUDGMENT GRANTING DEFENDANT TEAMSTERS LOCAL UNION 896'S OPPOSITION TO PETITIONER'S MOTION TO VACATE ARBITRATION AWARD<br><br>Courtroom: 850<br><br>Petition Filed:    February 14, 2025 |

   This action was brought by Petitioner Mott's LLP ("Petitioner") against Respondent Teamsters Local 896 ("Respondent") on February 14, 2025. The operative pleading is Respondent's Petition to Vacate Arbitration Award (ECF 1). Respondent filed an Opposition to the Petition to Vacate Arbitration Award on March 26, 202 (ECF 28) requesting that the Court deny Petitioner's motion to vacate the arbitration award and enter an order confirming the award.

///

The Court, having considered the moving and opposing papers, all supporting admissible evidence, and all other matters presented to the Court, found that the Petitioner had failed to demonstrate why the arbitration award should be vacated and accordingly, the Court denied the Motion.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion to Vacate Arbitration Award is **DENIED** in its entirety as to all claims and Judgment shall be entered in favor of Respondent Local 896 and against Petitioner Motts. In addition, Respondent is entitled to recover costs of suit in an amount to be determined pursuant to Federal Rule of Civil Procedure 54(d)(1) and Central District Local Rules 54-1 and 54-2.

IT IS SO ORDERED.

Dated: 5/5/2025              By: *Gary Klausner*
                                  Hon. R. Gary Klausner
                                  U.S District Court Judge